PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
JOANNE TRAN, State Bar No. 294402
jtran@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON
75 Southgate Avenue
Daly City, CA  94015
Telephone:     (415) 213-4098

Attorneys for Defendants
CITY OF FAIRFIELD AND ZACHARY SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN RUSH and JAYME RUSH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, OFFICERS ZACHARY SANDOVAL AND DUSTIN JOSEPH,<br><br>Defendants. | Case No. 2:21-cv-01120-WBS-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>Hon. William B. Shubb |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants by and through their designated counsel, that:

WHEREAS, on June 21, 2021, Plaintiffs filed their Complaint. (Doc. 1).

WHEREAS, on February 2, 2022, Defendants City of Fairfield and Zachary Sandoval filed their Answer. (Doc. 10).

WHEREAS, on March 16, 2022, the Court issued the case schedule (Doc. 12);

WHEREAS, the current discovery schedule is set as:

> Designation of Expert Witnesses due by 2/7/2023
> Discovery shall be completed by 4/11/2023
> Motions shall be filed by 6/20/2023
> Final Pretrial Conference set for 8/28/2023 at 01:30 PM
> Jury Trial set for 10/31/2023

1  WHEREAS, Defendants City of Fairfield and Zachary Sandoval retained new counsel in

2 January 2023;

3  WHEREAS, expert disclosures are due on February 7, 2023;

4  WHEREAS, discovery shall be completed by April 11, 2023;

5  WHEREAS, newly retained counsel for the City of Fairfield and Zachary Sandoval requires

6 additional time to review the case and conduct its own discovery;

7  WHEREAS, the parties met and conferred and agreed to extend discovery dates and set

8 case schedule as proposed below:

> Designation of Expert Witnesses due by 5/1/2023
> Discovery shall be completed by 6/5/2023
> Motions shall be filed by 6/20/2023
> Final Pretrial Conference set for 8/28/2023 at 01:30 PM
> Jury Trial set for 10/31/2023

IT IS SO AGREED.

Respectfully submitted,

Dated: January 11, 2023         CASTILLO, MORIARTY,
                                TRAN & ROBINSON, LLP


By: */s/ Patrick Moriarty*
    PATRICK MORIARTY
    JOHN ROBINSON
    JOANNE TRAN
    Attorneys for Defendants
    CITY OF FAIRFIELD and ZACHARY
    SANDOVAL

Dated: January 11, 2023         BERTRAND FOX ELLIOT OSMAN & WENZEL


By: */s/ Richard Osman*
    RICHARD W. OSMAN
    Attorneys for Defendants
    DUSTIN JOSEPH

///

///

Dated: January 11, 2023

LAW OFFICE OF STANLEY GOFF

By: */s/Stanley Goff*
STANLEY GOFF

Attorney for Plaintiffs
CALVIN RUSH and JAYME RUSH

**ORDER**

IT IS SO ORDERED:

The dates are reset as follows:

    Designation of Expert Witnesses due by 5/1/2023
    Discovery shall be completed by 6/5/2023
    Motions shall be filed by 6/20/2023
    Final Pretrial Conference set for 8/28/2023 at 1:30 PM (unchanged)
    Jury Trial set for 10/31/2023 at 9:00AM (unchanged)

Dated: January 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE