1  PATRICK MORIARTY, State Bar No. 213185
   pmoriarty@cmtrlaw.com
2  JOHN B. ROBINSON, State Bar No. 297065
   jrobinson@cmtrlaw.com
3  JOANNE TRAN, State Bar No. 294402
   jtran@cmtrlaw.com
4  CASTILLO, MORIARTY, TRAN & ROBINSON
   75 Southgate Avenue
5  Daly City, CA  94015
   Telephone:      (415) 213-4098
6
7  Attorneys for Defendants
   CITY OF FAIRFIELD AND ZACHARY SANDOVAL

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  CALVIN RUSH and JAYME RUSH, | Case No. 2:21-cv-01120-WBS-KJN |
| 12       Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| 13    v. | |
| 14  CITY OF FAIRFIELD, OFFICERS ZACHARY SANDOVAL AND DUSTIN JOSEPH, | Hon. William B. Shubb |
| 15 | |
| 16       Defendants. | |

17

18      IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and

19  Defendants by and through their designated counsel, that:

20      WHEREAS, on June 21, 2021, Plaintiff filed his Complaint. (Doc. 1).

21      WHEREAS, on February 2, 2022, Defendants City of Fairfield and Zachary Sandoval filed

22  their Answer. (Doc. 10).

23      WHEREAS, on March 16, 2022, the Court issued the case schedule (Doc. 12);

24      WHEREAS, Defendants City of Fairfield and Zachary Sandoval retained new counsel in

25  January 2023.

26      WHEREAS, the court ordered previously extended the discovery deadlines to June 5, 2023

27  (Doc. 22).

28

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

*CASTILLO, MORIARTY, TRAN & ROBINSON, LLP*
*75 Southgate Avenue*
*Daly City, California 94015*

1   WHEREAS, the parties scheduled the depositions of Calvin Rush (plaintiff), Shakaar

2   Boyd (witness), Dustin Joseph (defendant), and Zachary Sandoval (defendant) within the

3   discovery period.

4   WHEREAS, the parties had to cancel and reschedule the deposition of Plaintiff Jayme

5   Rush due to the parties' schedules. Plaintiff Jayme Rush is scheduled to be deposed on June 19,

6   2023.

7   WHEREAS, due to the parties' schedules, the deposition of Roger Clark (plaintiff's police

8   practices expert) is scheduled for July 6, 2023.

9   WHEREAS, the parties have requested one extension of deadlines thus far.

10  WHEREAS, the parties JOINTLY request and STIPULATE TO the Court extending the

11  discovery cutoff to July 20, 2023, to complete Jayme Rush's deposition..

12  WHEREAS, the parties JOINTLY request and STIPULATE TO the Court extending the

13  discovery cutoff to July 6, 2023, to complete the depositions of plaintiff Jayme Rush and Roger

14  Clark.

15

16  IT IS SO AGREED.

17                                      Respectfully submitted,

18  Dated:  May 19, 2023                CASTILLO, MORIARTY,
                                        TRAN & ROBINSON, LLP
19

20                                      By:  /s/ John Robinson
                                             PATRICK MORIARTY
21                                           JOHN ROBINSON
                                             JOANNE TRAN
22                                           Attorneys for Defendants
                                             CITY OF FAIRFIELD and ZACHARY
23                                           SANDOVAL

24  Dated:  May 19, 2023                BERTRAND FOX ELLIOT OSMAN & WENZEL

25

26                                      By:  /s/Richard Osman
                                             RICHARD W. OSMAN
27                                           Attorneys for Defendants
                                             DUSTIN JOSEPH

28
                                                          STIP TO EXTEND DISCOVERY
                                            2             2:21-CV-01120-WBS-KJN 2:21-CV-01120-
                                                                            WBS-KJN

1                                         LAW OFFICE OF STANLEY GOFF

Dated: May 19, 2023

2

3                             By:    */s/    Stanley Goff*
                                STANLEY GOFF

4

5                                 Attorney for Plaintiffs
                                CALVIN RUSH and JAYME RUSH

6                                       **ORDER**

7         The parties have agreed to an extension of discovery to July 6, 2023.  For good cause, this

8 request is granted.  The court notes the parties have not requested an extension of the dispositive

9 motion deadline, which is June 20, 2023.  Should they require an extension on this deadline also,

10 the parties shall direct this request to the assigned district judge.

11 Dated:  May 23, 2023

12

13                                   KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

14 rush.1120

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015