PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
JOANNE TRAN, State Bar No. 294402
jtran@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON
75 Southgate Avenue
Daly City, CA 94015
Telephone:     (415) 213-4098

Attorneys for Defendants
CITY OF FAIRFIELD AND ZACHARY SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN RUSH and JAYME RUSH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, OFFICERS ZACHARY SANDOVAL AND DUSTIN JOSEPH,<br><br>Defendants. | Case No. 2:21-cv-01120-WBS-KJN<br><br>**STIPULATION AND ORDER TO SET SETTLEMENT CONFERENCE**<br><br>Hon. William B. Shubb |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants by and through their designated counsel, that:

WHEREAS, on June 21, 2021, Plaintiff filed his Complaint. (Doc. 1);

WHEREAS, on March 16, 2022, the Court issued the case schedule (Doc. 12);

WHEREAS, the Final Pretrial Conference is set for August 28, 2023, at 1:30 p.m. and the jury trial is set for October 31, 2023, at 9:00 a.m.;

WHEREAS, the court ordered a Settlement Conference with a magistrate judge will be set at the time of the Pretrial Conference;

WHEREAS, the parties have agreed to set a settlement conference with Hon. Carolyn K. Delaney;

1  WHEREAS, Judge Delaney offered the following availability 9/13 – 9/15, 9/19 and 9/20.

2  WHEREAS, the parties have agreed to set the settlement conference for September 14,
3  2023.

4  WHEREAS, the parties JOINTLY request and STIPULATE TO the Court setting a
5  settlement conference with Magistrate Judge Carolyn K. Delaney for **September 14, 2023**.

7  IT IS SO AGREED.

8                                                  Respectfully submitted,

9  Dated:  June 19, 2023                  CASTILLO, MORIARTY,
                                                TRAN & ROBINSON, LLP

                                            By:   */s/ Patrick Moriarty*
                                                  PATRICK MORIARTY
                                                  JOHN ROBINSON
                                                  JOANNE TRAN
                                                  Attorneys for Defendants
                                                  CITY OF FAIRFIELD and ZACHARY
                                                  SANDOVAL

15 Dated:  June 19, 2023                  BERTRAND FOX ELLIOT OSMAN & WENZEL

                                            By:   */s/Richard W. Osman*
                                                  RICHARD W. OSMAN
                                                  Attorneys for Defendants
                                                  DUSTIN JOSEPH

                                            LAW OFFICE OF STANLEY GOFF

20 Dated: June 19, 2023

                                              By:   */s/Stanley Goff*
                                                  STANLEY GOFF

                                                  Attorney for Plaintiffs
                                                  CALVIN RUSH and JAYME RUSH

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

**ORDER**

IT IS SO ORDERED.

Dated: June 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE