Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN RUSH AND JAYME RUSH<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FAIRFIELD, OFFICERS ZACHARY SANDOVAL AND DUSTIN JOSEPH, AND DOES 1-50<br><br>    Defendants. | CASE NO.: 2:21-CV-01120-WBS-KJN<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their respective designated counsel that the above-captioned action be and hereby is dismissed as follows:

1. Plaintiffs' claims, and each and every one of them, against all remaining Defendants in this action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 8, 2023

/s/ *Stanley Goff*
Stanley Goff
Attorney for Plaintiffs

Dated: November 8, 2023        By:___/s/ *Patrick Moriarty*_____

Patrick Moriarty
Attorney for Defendants

ORDER

IT IS HEREBY ORDERED that the parties' stipulation for dismissal of all remaining defendants, is granted, and the action herein is hereby dismissed with prejudice.

Dated: November 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE